**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                  Case Nos.   3:08cr90/MCR/CJK
                                                                                          3:11cv617/MCR/CJK
**JORGE MATA**
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 6, 2014.  (Doc. 132).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.[1]

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence (doc. 104) is **DENIED**.

3. A certificate of appealability is **DENIED**.

---

[1] Plaintiff was also given two extensions of time in which to file objections, yet no objections have been filed.

4. The Clerk is directed to close the files.

**DONE AND ORDERED** this 31st day of March, 2015.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**